```
1  IAN WALLACH (SBN 237849)
   THE LAW OFFICES OF IAN WALLACH, P.C.
2  5777 West Century Boulevard, Suite 750
3  Los Angeles, CA  90045
   E-mail: iwallach@wallachlegal.com
4  Tel.:  (213) 375-0000
5  Fax.: (213) 402-5516
6
   Attorney for Defendant,
7  Abraham Guajardo
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABRAHAM GUAJARDO (improperly listed in captions as ABRAHAM GUAJARDO),<br><br>　　　　　Defendant. | Case No: 8:22-cr-00034-11-FWS<br><br>*UNOPPOSED* EX PARTE APPLICATION OF DEFENDANT ABRAHAM GUAJARDO TO AMEND CAPTION OF INDICMENT AND FUTURE PLEADINGS TO REFLECT PROPER SPELLING OF NAME; [PROPOSED] ORDER<br><br>*Before The Hon. Fred W. Slaughter* |

To the Honorable Fred W. Slaughter, United States District Judge; United States Attorney Bilal A. Essayli; Assistant United States Attorney Caitlin Jean Campbell; Assistant United States Attorney Christopher Matthews; Assistant United States Attorney Danbee C. Kim; Assistant United States Attorney Grace H. Bowen; Assistant

1  United States Attorney Gregory Shepherd Scally; Assistant United States Attorney
2  Gregory W. Staples; and/or representatives; and Abraham Guajardo[1]:
3      Ian Wallach, counsel for defendant Abraham Guajardo, submits this application
4  to seek correction of Mr. Guajardo's last name as such is misspelled on the caption, and
5  to identify Mr. Guajardo on all future court submissions as "Abraham Guajardo, aka
6  Abraham Guarjardo."
7      This application is based on this notice and the grounds set forth in the below
8  declaration.
9      The Government has no objection to this application, provided that "Abraham
10  Guarjardo" is also listed as an AKA on future pleadings.
11
12  Respectfully Submitted,
13
14  DATED:  October 19, 2025    By:  *[signature]*
15      _____
16      Ian Wallach
17      *Attorney For Defendant*,
    Abraham Guajardo

---

[1] Mr. Guajardo's name in improperly written in the caption as "Guarjardo".

DECLARATION

I, Ian Wallach, hereby state and swear as follows:

1. I am a member of the Bar of the State of California and have been appointed to represent Abraham Guajardo[2] ("Mr. Guajardo") in this matter under the Criminal Justice Act.

2. The Indictment in this matter incorrectly identifies Mr. Guajardo as "Abraham Guarjardo) [ECF 25].

3. The ECF system properly reflects Mr. Guajardo's name as Abraham Guajardo.

4. I corresponded with Assistant United States Attorney Gregory Shepherd Scally on October 7, 2025, who indicated that the Government does not object to this *ex parte* application provided that future captions also list "Abraham Guarjardo" as an AKA.

5. In light of the above, Mr. Guajardo reflects that all future pleadings and submissions identify Mr. Guajardo as "ABRAHAM GUAJARDO, *AKA* ABRAHAM GUARJARDO."

Respectfully Submitted,

DATED: October 19, 2025        By: *[signature]*

Ian Wallach
*Attorney For Defendant*,
Abraham Guajardo

---

[2] Mr. Guajardo's name in improperly written in the caption as "Guarjardo".

1
DECLARATION