BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
GREGORY S. SCALLY (Cal. Bar No. 268073)
Assistant United States Attorney
Deputy Chief, Orange County Office
GREGORY W. STAPLES (Cal. Bar No. 155505)
     Assistant United States Attorney
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3592/3535
     Facsimile: (714) 338-3708
     E-mail:   gregory.scally@usdoj.gov
               greg.staples@usdoj.gov
CHRISTOPHER MATTHEWS (New Jersey Bar No. 028571998)
GRACE BOWEN (Virginia Bar No. 96894)
Trial Attorneys
United States Department of Justice
Organized Crime and Gang Section
     1301 New York Avenue, NW, Suite 700
     Washington, D.C. 20005
     E-mail:   christopher.matthews@usdoj.gov
               grace.bowen2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:22-CR-00034(A)-FWS-JDE |
|---|---|
| Plaintiff, | ORDER CONTINUING DETENTION HEARING AND REPLY DUE DATE FOR DEFENDANT JOHNNY MARTINEZ APPLICATION FOR RELEASE |
| v. | |
| JOHNNY MARTINEZ, et al., | |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Continuance of Detention Hearing and Reply Due Date for Defendant Johnny Martinez's Application for Release.

FOR GOOD CAUSE SHOWN:

1. The reply brief relating to defendant JOHNNY MARTINEZ's Application for Review/Reconsideration of Order Setting Conditions of Release/Detention is due January 28, 2026. The hearing on that application is continued from December 11, 2025, until February 5, 2026, at 10:00 a.m.

IT IS SO ORDERED.

November 24, 2025
DATE

JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
GREGORY S. SCALLY
Assistant United States Attorney

2