TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
GREGORY S. SCALLY (Cal. Bar No. 268073)
Assistant United States Attorney
Deputy Chief, Orange County Office
GREGORY W. STAPLES (Cal. Bar No. 155505)
    Assistant United States Attorney
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3592/3535
    Facsimile: (714) 338-3708
    E-mail:   gregory.scally@usdoj.gov
            greg.staples@usdoj.gov
CHRISTOPHER MATTHEWS (New Jersey Bar No. 028571998)
GRACE BOWEN (Virginia Bar No. 96894)
Trial Attorneys
United States Department of Justice
Organized Crime and Gang Section
    1301 New York Avenue, NW, Suite 700
    Washington, D.C. 20005
    E-mail:   christopher.matthews@usdoj.gov
            grace.bowen2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:22-CR-00034(A)-FWS-3 |
|---|---|
| Plaintiff, | ORDER CONTINUING DETENTION HEARING AND REPLY DUE DATE FOR DEFENDANT JOHNNY MARTINEZ APPLICATION FOR RELEASE |
| v. | |
| JOHNNY MARTINEZ, et al., | [Note Date Change by the Court] |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Continuance of Detention Hearing and Reply Due Date for Defendant Johnny Martinez's Application for Release.

FOR GOOD CAUSE SHOWN:

1. The reply brief relating to defendant JOHNNY MARTINEZ's Application for Review/Reconsideration of Order Setting Conditions of Release/Detention is due March 12, 2026.  The hearing on that application is continued from February 5, 2026, until March 26, 2026, at 10:00 a.m.

IT IS SO ORDERED.


January 27, 2026
DATE

JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE


Presented by:

/s/
GREGORY S. SCALLY
Assistant United States Attorney

2